| Section | Line | | | | | |
|---|---|---|---|---|---|---|
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | | | | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** | | | |
| | 2 | **SEC Action Number** | **HO-03378-B** | | | |
| | 3 | **Case Number** | **1:98-cv-01818-DLC** | | | |
| | | **Period Covered in this Report:** | | | | |
| | 4 | **From 1/1/2013** | | | | |
| | 5 | **To 11/30/2017** | | | | |
| **B** | | **Increases in Fund Balance** | | | | |
| | 1 | Contributions/Deposits | | $ 3,133.88 | | |
| | 2 | Investment/Interest Income | | 57,335.24 | | |
| | 3 | Other - bank balances at 12/31/12 | | 6,642,126.02 | | |
| | | Subtotal Funds Received | | | $ | 6,702,595.14 |
| **C** | | **Decreases in Fund Balance** | | | | |
| | 1 | Gross Distributions to Claimants/Investors | | | | |
| | | Less Returned & Cancelled Checks | | (1,867.75) | | |
| | | Distributions to Claimants/Investors, Net | | | | (1,867.75) |
| | | Payments to Other than Claimants/Investors: | | | | |
| | 2 | Plan Administration Fees and Costs | | (74,980.54) | | |
| | 3 | Tax Administrator Fees and Expenses | | (12,675.71) | | |
| | 4 | Investment/Bank Fees | | (1,255.30) | | |
| | | Income Tax Payments, Net of Refunds | | | | |
| | 5 | Federal | | 177.84 | | |
| | 6 | District of Columbia/State | | - | | |
| | 7 | Other - describe | | - | | |
| | | Subtotal Disbursements | | | | (88,733.71) |
| **D** | | **Ending Balance** | | | $ | **6,611,993.68** |

| Section | Line | | | | | |
|---|---|---|---|---|---|---|
| | | **SUMMARY OF DETAIL by ACCOUNTS by ACCOUNT MANAGERS for CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | | | | |
| **A** | 1 | **DISTRIBUTION FUND** **SEC V CAVANAUGH DISTRIBUTION FUND** | | | | |
| | 2 | **SEC Action Number** **HO-03378-B** | | | | |
| | 3 | **Case Number** **1:98-cv-01818-DLC** | | | | |
| | | **Period Covered in this Report:** | | | | |
| | 4 | **From 1/1/2013** | | | | |
| | 5 | **To 11/30/2017** | | | | |
| | | | Court | Plan Admin. | Tax Admin. | Total |
| **B** | | **Increases in Fund Balance** | | | | |
| | 1 | Contributions/Deposits | - | 3,133.88 | - | 3,133.88 |
| | 2 | Investment/Interest Income | 57,335.24 | - | - | 57,335.24 |
| | 3 | Other - bank balances at 12/31/12 | 6,641,313.75 | 812.27 | - | 6,642,126.02 |
| | | Subtotal Funds Received | 6,698,648.99 | 3,946.15 | - | 6,702,595.14 |
| **C** | | **Decreases in Fund Balance** | | | | |
| | 1 | Distributions to Claimants/Investors, Net | - | (1,867.75) | - | (1,867.75) |
| | | Payments to Other than Claimants/Investors: | | | | |
| | 2 | Plan Administration Fees and Costs | (74,980.54) | - | - | (74,980.54) |
| | 3 | Tax Administrator Fees and Expenses | (12,675.71) | - | - | (12,675.71) |
| | 4 | Investment/Bank Fees | (1,255.30) | - | - | (1,255.30) |
| | | Income Tax Payments, Net of Refunds | | | | |
| | 5 | Federal | - | - | 177.84 | 177.84 |
| | 6 | District of Columbia/State | - | - | - | - |
| | 7 | Other - describe | - | - | - | - |
| | | Subtotal Disbursements | (88,911.55) | (1,867.75) | 177.84 | (90,601.46) |
| **Trf** | | **Transfers** | | | | |
| | 1 | To Plan Administrator | (1,867.75) | - | - | (1,867.75) |
| | 2 | From Plan Administrator | - | - | - | - |
| | 3 | To Tax Administrator | - | - | | - |
| | 4 | From Tax Administrator | 177.84 | - | | 177.84 |
| | 5 | Between Accounts Held by Account Manager | - | - | - | - |
| | 6 | To Court | | - | (177.84) | (177.84) |
| | 7 | From Court | | 1,867.75 | - | 1,867.75 |
| | | Subtotal Transfers | (1,689.91) | 1,867.75 | (177.84) | - |
| **D** | | **Ending Balance** | **6,608,047.53** | **3,946.15** | **-** | **6,611,993.68** |

**E** **Fund Information: Tranches from Inception**

See Plan Administrator's exhibit for detail information.

| Section | Line | | |
|---|---|---|---|
| | | **U.S. DISTRICT COURT DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| Section | Line | DESCRIPTION | DATE | AMOUNT<br>**U.S. District Court Southern District of New York**<br>**SEC v Cavanaugh**<br>**1:98-cv-01818-DLC** | TOTAL |
|---|---|---|---|---|---|
| **B** | 1 | CONTRIBUTIONS/DEPOSITS | | | |
| | | | | | - |
| | | Total to Line B 1 | | - | - |
| **B** | 2 | INVESTMENT/INTEREST EARNINGS | | | |
| | | Total Earnings Posted to Account Annual Total | 2013 | 1,489.74 | 1,489.74 |
| | | Total Earnings Posted to Account Annual Total | 2014 | 1,125.66 | 1,125.66 |
| | | Total Earnings Posted to Account Annual Total | 2015 | 1,125.04 | 1,125.04 |
| | | Total Earnings Posted to Account Annual Total | 2016 | 13,423.35 | 13,423.35 |
| | | Total Earnings Posted to Account Annual Total | 1/1 - 11/30/2017 | 40,171.45 | 40,171.45 |
| | | Total to Line B 2 | | 57,335.24 | 57,335.24 |
| **B** | 3 | OTHER INCREASES IN FUND BALANCE | | | |
| | | Bank balance 12/31/2012 | | 6,641,313.75 | 6,641,313.75 |
| | | Total to Line B 3 | | 6,641,313.75 | 6,641,313.75 |
| **C** | 1 | DISBURSEMENTS TO INVESTORS | | | |
| | | | | | - |
| | | Total to Line C 1 | | - | - |
| **C** | 2 | PLAN ADMINISTRATION FEES and COSTS | | | |
| | | Meyers & Heim LLP | 5/17/2013 | (66,046.04) | (66,046.04) |
| | | Meyers & Heim LLP | 6/22/2017 | (8,934.50) | (8,934.50) |
| | | Total to Line C 2 | | (74,980.54) | (74,980.54) |

| Section | Line | | |
|---|---|---|---|
| | | **U.S. DISTRICT COURT DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| Section | Line | DESCRIPTION | DATE | AMOUNT<br>**U.S. District Court Southern District of New York**<br>**SEC v Cavanaugh**<br>**1:98-cv-01818-DLC** | TOTAL |
|---|---|---|---|---|---|
| **C** | 3 | TAX ADMINISTRATOR FEES & BONDS | | | |
| | | Bonds: | | | |
| | | | | | - |
| | | Total Bond Fees Paid | | - | - |
| | | Tax Administrator Fees: | | | |
| | | Tax Administrator Fees | 4/15/2013 | (2,304.80) | (2,304.80) |
| | | Tax Administrator Fees | 4/8/2014 | (2,440.52) | (2,440.52) |
| | | Tax Administrator Fees | 4/28/2015 | (1,751.19) | (1,751.19) |
| | | Tax Administrator Fees | 3/24/2016 | (1,754.20) | (1,754.20) |
| | | Tax Administrator Fees | 7/15/2016 | (1,594.00) | (1,594.00) |
| | | Tax Administrator Fees | 8/31/2016 | (718.00) | (718.00) |
| | | Tax Administrator Fees | 4/6/2017 | (2,113.00) | (2,113.00) |
| | | Total Tax Administrator Fees Paid | | (12,675.71) | (12,675.71) |
| | | Total to Line C 3 | | (12,675.71) | (12,675.71) |
| **C** | 4 | INVESTMENT EXPENSES including<br>BUREAU OF PUBLIC DEBT (BPD) FEES or<br>COURT REGISTRY INVESTMENT SYSTEM (CRIS) FEES | | | |
| | | Total CRIS Fees Paid from Account Annual Total | 2013 | (127.76) | (127.76) |
| | | Total CRIS Fees Paid from Account Annual Total | 2014 | (112.75) | (112.75) |
| | | Total CRIS Fees Paid from Account Annual Total | 2015 | (112.63) | (112.63) |
| | | Total CRIS Fees Paid from Account Annual Total | 2016 | (902.16) | (902.16) |
| | | Total to Line C 4 | | (1,255.30) | (1,255.30) |
| **C** | 5 | FEDERAL TAX (PAYMENTS) / REFUNDS | | | |
| | | | | | - |
| | | Total to Line C 5 | | - | - |
| **C** | 6 | DISTRICT OF COLUMBIA (DC) & STATE TAX PAYMENTS | | | |
| | | | | | - |
| | | Total to Line C 6 | | - | - |

| Section | Line | | | | |
|---|---|---|---|---|---|
| | | **U.S. DISTRICT COURT DETAIL by ACCOUNT for** | | | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | | | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** | | |
| | 2 | **SEC Action Number** | **HO-03378-B** | | |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** | | |
| | | **Period Covered in this Report:** | | | |
| | 4 | **From** | **1/1/2013** | | |
| | 5 | **To** | **11/30/2017** | | |
| | | | | **U.S. District Court Southern District of New York** | |
| | | | | **SEC v Cavanaugh** | |
| | | | | **1:98-cv-01818-DLC** | |
| | | DESCRIPTION | DATE | AMOUNT | TOTAL |
| **C** | 7 | OTHER DECREASES IN FUND BALANCE | | | |
| | | | | | - |
| | | Total to Line C 7 | | - | - |
| **TRF** | | TRANSFERS BETWEEN ACCOUNTS | | | |
| | 1 | To Plan Administrator: | | | |
| | | Transfer for Distribution | 10/9/2014 | (1,867.75) | (1,867.75) |
| | | | | | - |
| | | Total Transfers to Plan Administrator | | (1,867.75) | (1,867.75) |
| | 2 | From Plan Administrator: | | | |
| | | | | | - |
| | | Total Transfers from Plan Administrator | | - | - |
| | 3 | To Tax Administrator: | | | |
| | | | | | - |
| | | Total Transfers to Tax Administrator | | - | - |
| | 4 | From Tax Administrator: | | | |
| | | Return Funds from Damasco Trust Account | 5/17/2013 | 177.84 | 177.84 |
| | | | | | - |
| | | Total Transfers from Tax Administrator | | 177.84 | 177.84 |
| | 5 | Between Accounts Held by this Account Manager: | | | |
| | | | | | - |
| | | Total Transfers Between Accounts Herein | | - | - |
| | | Total Transfers, Net | | (1,689.91) | (1,689.91) |

| Section | Line | | |
|---|---|---|---|
| | | **U.S. DISTRICT COURT DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| | | | DESCRIPTION | DATE | AMOUNT<br>**U.S. District Court Southern District of New York**<br>**SEC v Cavanaugh**<br>**1:98-cv-01818-DLC** | TOTAL |
|---|---|---|---|---|---|---|
| **SUM** | | | SUMMARY and RECONCILIATION to ENDING ACCOUNT BALANCES | | | |
| | | | Total Increases | **Section B** | 6,698,648.99 | 6,698,648.99 |
| | | | Less: Total Decreases | **Section C** | (88,911.55) | (88,911.55) |
| | | | Total Transfers Between Accounts | **TRF** | (1,689.91) | (1,689.91) |
| | | | Ending Balance | | 6,608,047.53 | 6,608,047.53 |

**H** **Prepared by:**

This exhibit has been prepared from information obtained from the Clerk of the U.S.D.C. Southern District of New York which we believe to be accurate and reliable. We have neither audited nor verified this data and offer no assurance as to its completeness.

| Line | | |
|---|---|---|
| 1 | Miller Kaplan Arase LLP (f/k/a Damasco & Associates LLP)<br>(tax administrator) | |
| 2 | <br>(signature) | Jude P. Damasco<br>(printed name) |
| 3 | Tax Administrator<br>(title) | 1/5/18<br>(date) |

| Section | Line | | |
|---|---|---|---|
| | | **PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| | | DESCRIPTION | DATE | Huntington Bank Account Ending -4110 Cavanaugh Distribution Fund AMOUNT | TOTAL |
|---|---|---|---|---|---|
| **B** | 1 | CONTRIBUTIONS/DEPOSITS | | | |
| | | Settlement Funds Deposited | 10/20/2014 | 3,133.88 | 3,133.88 |
| | | Total to Line B 1 | | 3,133.88 | 3,133.88 |
| **B** | 2 | INVESTMENT/INTEREST EARNINGS | | | |
| | | | | | - |
| | | Total to Line B 2 | | - | - |
| **B** | 3 | OTHER INCREASES IN FUND BALANCE | | | |
| | | Bank balance 12/31/2012 | 1/1/2013 | 812.27 | 812.27 |
| | | | | | - |
| | | Total to Line B 3 | | 812.27 | 812.27 |
| **C** | 1 | DISBURSEMENTS TO INVESTORS | | | |
| | | Disbursements to Investors, Net Paid by Year | 2014 | (1,867.75) | (1,867.75) |
| | | | | | - |
| | | Total to Line C 1 | | (1,867.75) | (1,867.75) |
| **C** | 2 | PLAN ADMINISTRATION FEES and COSTS | | | |
| | | | | | - |
| | | Total to Line C 2 | | - | - |

| Section | Line | | |
|---|---|---|---|
| | | **PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| Section | Line | DESCRIPTION | DATE | AMOUNT<br>Huntington Bank Account Ending -4110 Cavanaugh Distribution Fund | TOTAL |
|---|---|---|---|---|---|
| **C** | 3 | TAX ADMINISTRATOR FEES & BONDS | | | |
| | | Bonds: | | | |
| | | | | | - |
| | | Total Bond Fees Paid | | - | - |
| | | Tax Administrator Fees: | | | |
| | | | | | - |
| | | Total Tax Administrator Fees Paid | | - | - |
| | | Total to Line C 3 | | - | - |
| **C** | 4 | INVESTMENT EXPENSES including BUREAU OF PUBLIC DEBT (BPD) FEES or COURT REGISTRY INVESTMENT SYSTEM (CRIS) FEES | | | |
| | | | | | - |
| | | Total to Line C 4 | | - | - |
| **C** | 5 | FEDERAL TAX (PAYMENTS) / REFUNDS | | | |
| | | Total to Line C 5 | | - | - |
| **C** | 6 | DISTRICT OF COLUMBIA (DC) & STATE TAX PAYMENTS | | | |
| | | | | | - |
| | | Total to Line C 6 | | - | - |
| **C** | 7 | OTHER DECREASES IN FUND BALANCE | | | |
| | | | | | - |
| | | Total to Line C 7 | | - | - |

| Section | Line | | |
|---|---|---|---|
| | | **PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| | | DESCRIPTION | DATE | AMOUNT<br>Huntington Bank Account Ending -4110<br>Cavanaugh Distribution Fund | TOTAL |
|---|---|---|---|---|---|
| **TRF** | | TRANSFERS BETWEEN ACCOUNTS | | | |
| | 1 | To Plan Administrator: | | | - |
| | | Total Transfers to Plan Administrator | | - | - |
| | 2 | From Plan Administrator: | | | - |
| | | Total Transfers from Plan Administrator | | - | - |
| | 3 | To Tax Administrator: | | | - |
| | | Total Transfers to Tax Administrator | | - | - |
| | 4 | From Tax Administrator: | | | - |
| | | Total Transfers from Tax Administrator | | - | - |
| | 5 | Between Accounts Held by this Account Manager: | | | - |
| | | Total Transfers Between Accounts Herein | | - | - |
| | 6 | To Court: | | | - |
| | | Total Transfers to Court | | - | - |
| | 7 | From Court: | | | |
| | | Transfer for Distribution | 10/9/2014 | 1,867.75 | 1,867.75 |
| | | | | | - |
| | | Total Transfers from Court | | 1,867.75 | 1,867.75 |
| | | Total Transfers, Net | | 1,867.75 | 1,867.75 |

| Section | Line | | |
|---|---|---|---|
| | | **PLAN ADMINISTRATOR'S DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| | DESCRIPTION | DATE | AMOUNT (Huntington Bank Account Ending -4110 Cavanaugh Distribution Fund) | TOTAL |
|---|---|---|---|---|
| **SUM** | SUMMARY and RECONCILIATION to ENDING ACCOUNT BALANCES | | | |
| | Total Increases | **Section B** | 3,946.15 | 3,946.15 |
| | Less: Total Decreases | **Section C** | (1,867.75) | (1,867.75) |
| | Total Transfers Between Accounts | **TRF** | 1,867.75 | 1,867.75 |
| | Ending Balance | | 3,946.15 | 3,946.15 |

**E** Fund Information: Tranches from Inception

| Distributions # Issued | Date | Gross Payments | Returned/Cancelled | Net Distributed |
|---|---|---|---|---|
| 1 | 10/10/2014 | -1867.75 | | (1,867.75) |
| | | | | - |
| | | | | - |
| Total | | (1,867.75) | - | (1,867.75) |

**H** **Prepared by:**

1 ______________________________
(fund administrator)

2 ______________________________ ______________________________
(signature) (printed name)

3 ______________________________ ______________________________
(title) (date)

Case 1:98-cv-01818-DLC Document 549 Filed 01/05/18 Page 21 of 24

| Section | Line | TAX ADMINISTRATOR'S DETAIL by ACCOUNT for CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | | |
|---|---|---|---|---|---|
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** | | |
| | 2 | **SEC Action Number** | **HO-03378-B** | | |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** | | |
| | | **Period Covered in this Report:** | | | |
| | 4 | **From** | **1/1/2013** | | |
| | 5 | **To** | **11/30/2017** | | |
| | | | | **Damasco & Associates LLP** | |
| | | | | **SEC Client Trust Account** | |
| | | DESCRIPTION | DATE | AMOUNT | TOTAL |
| **B** | 1 | CONTRIBUTIONS/DEPOSITS | | | |
| | | | | | - |
| | | Total to Line B 1 | | - | - |
| **B** | 2 | INVESTMENT/INTEREST EARNINGS | | | |
| | | | | | - |
| | | Total to Line B 2 | | - | - |
| **B** | 3 | OTHER INCREASES IN FUND BALANCE | | | |
| | | | | | - |
| | | Total to Line B 3 | | - | - |
| **C** | 1 | DISBURSEMENTS TO INVESTORS | | | |
| | | | | | - |
| | | | | | - |
| | | Total to Line C 1 | | - | - |
| **C** | 2 | PLAN ADMINISTRATION FEES and COSTS | | | |
| | | | | | - |
| | | Total to Line C 2 | | - | - |

| Section | Line | | |
|---|---|---|---|
| | | **TAX ADMINISTRATOR'S DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| Section | Line | DESCRIPTION | DATE | **Damasco & Associates LLP** **SEC Client Trust Account** AMOUNT | TOTAL |
|---|---|---|---|---|---|
| **C** | 3 | TAX ADMINISTRATOR FEES & BONDS | | | |
| | | Bonds: | | | |
| | | | | | - |
| | | Total Bond Fees Paid | | - | - |
| | | Tax Administrator Fees: | | | |
| | | | | | - |
| | | Total Tax Administrator Fees Paid | | - | - |
| | | Total to Line C 3 | | - | - |
| **C** | 4 | INVESTMENT EXPENSES including BUREAU OF PUBLIC DEBT (BPD) FEES or COURT REGISTRY INVESTMENT SYSTEM (CRIS) FEES | | | |
| | | | | | - |
| | | Total to Line C 4 | | - | - |
| **C** | 5 | FEDERAL TAX (PAYMENTS) / REFUNDS | | | |
| | | 2000 Federal Income Tax Refund | 3/8/2013 | 172.46 | 172.46 |
| | | 2005 Federal Income Tax Refund | 3/7/2013 | 5.38 | 5.38 |
| | | | | | - |
| | | Total to Line C 5 | | 177.84 | 177.84 |
| **C** | 6 | DISTRICT OF COLUMBIA (DC) & STATE TAX PAYMENTS | | | |
| | | | | | - |
| | | Total to Line C 6 | | - | - |
| **C** | 7 | OTHER DECREASES IN FUND BALANCE | | | |
| | | | | | - |
| | | Total to Line C 7 | | - | - |

| Section | Line | | |
|---|---|---|---|
| | | **TAX ADMINISTRATOR'S DETAIL by ACCOUNT for** | |
| | | **CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for** | |
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** |
| | 2 | **SEC Action Number** | **HO-03378-B** |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** |
| | | **Period Covered in this Report:** | |
| | 4 | **From** | **1/1/2013** |
| | 5 | **To** | **11/30/2017** |

| | | | | Damasco & Associates LLP SEC Client Trust Account | |
|---|---|---|---|---|---|
| | | DESCRIPTION | DATE | AMOUNT | TOTAL |
| **TRF** | | TRANSFERS BETWEEN ACCOUNTS | | | |
| | 1 | To Plan Administrator: | | | - |
| | | Total Transfers to Plan Administrator | | - | - |
| | 2 | From Plan Administrator: | | | - |
| | | Total Transfers from Plan Administrator | | - | - |
| | 5 | Between Accounts Held by this Account Manager: | | | - |
| | | Total Transfers Between Accounts Herein | | - | - |
| | 6 | To Court: | | | |
| | | Return Funds from Damasco Trust Account | 5/17/2013 | (177.84) | (177.84) |
| | | | | | - |
| | | Total Transfers to Court | | (177.84) | (177.84) |
| | 7 | From Court: | | | - |
| | | Total Transfers from Court | | - | - |
| | | Total Transfers, Net | | (177.84) | (177.84) |

Case 1:98-cv-01818-DLC Document 549 Filed 01/05/18 Page 24 of 24

| Section | Line | TAX ADMINISTRATOR'S DETAIL by ACCOUNT for CONSOLIDATED FINAL ACCOUNTING REPORT on the CASH BASIS for | | | |
|---|---|---|---|---|---|
| **A** | 1 | **DISTRIBUTION FUND** | **SEC V CAVANAUGH DISTRIBUTION FUND** | | |
| | 2 | **SEC Action Number** | **HO-03378-B** | | |
| | 3 | **AP File No. / Case Number** | **1:98-cv-01818-DLC** | | |
| | | **Period Covered in this Report:** | | | |
| | 4 | **From** | **1/1/2013** | | |
| | 5 | **To** | **11/30/2017** | | |

| | | | | Damasco & Associates LLP SEC Client Trust Account | |
|---|---|---|---|---|---|
| | | DESCRIPTION | DATE | AMOUNT | TOTAL |
| **SUM** | | SUMMARY and RECONCILIATION to ENDING ACCOUNT BALANCES | | | |
| | | Total Increases | **Section B** | - | - |
| | | Less: Total Decreases | **Section C** | 177.84 | 177.84 |
| | | Total Transfers Between Accounts | **TRF** | (177.84) | (177.84) |
| | | Ending Balance | | - | - |

| | | | |
|---|---|---|---|
| **H** | | **Prepared by:** | |
| | 1 | Miller Kaplan Arase LLP (f/k/a Damasco & Associates LLP)<br>(tax administrator) | |
| | 2 | (signature) | Jude P. Damasco<br>(printed name) |
| | 3 | Tax Administrator<br>(title) | 1/5/18<br>(date) |